AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08 CV 7643 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Lakeisha Grant.

I certify that I am admitted to practice in this court.

| 9/3/2008 | *(signature)* |
|---|---|
| Date | Signature |

Brian Heller  BH 4004
Print Name  Bar Number

295 Madison Avenue
Address

New York  New York  10017
City  State  Zip Code

(212) 889-6565  (212) 779-8208
Phone Number  Fax Number