UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAKEISHA GRANT,

               *Plaintiff,*

-against-

RENT-A-CENTER, INC., RENT-A-CENTER
EAST, INC. & DOE CORPORATIONS 1-5,

               *Defendants.*
-----------------------------------------------------------------X

08CV 7643 (GBD)

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial with respect to all issues raised in the Complaint.

Dated: New York, New York
       September 3, 2008

                                                                 **SCHWARTZ & PERRY, LLP**
                                                                 *Attorneys for Plaintiff*

                                                                 By: _____
                                                                 BRIAN HELLER (BH 4004)
                                                                 MICHAEL MARINO (MM 0618)
                                                                 295 Madison Avenue
                                                                New York, New York 10017
                                                                (212) 889-6565

TO:    **Office of the Clerk of the Court**
          United States District Court
          500 Pearl Street
          New York, New York 10007

          **Littler Mendelson, P.C.**
          *Attorneys for Defendants*
          One Newark Center
          Newark, New Jersey 07102